Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−30082−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ray A. Polhill
  453 Westminister Road
  Wenonah, NJ 08090

Social Security No.:
  xxx−xx−1616

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      9/6/18
Time:      02:00 PM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Joseph J. Rogers, Debtor's Attorney

COMMISSION OR FEES
fee: $1500.00

EXPENSES
expenses: $0

Creditors may be heard before the applications are determined.

  In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 1, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30082-JNP
Ray A. Polhill                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 01, 2018
                              Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
```
db         +Ray A. Polhill,   453 Westminister Road,    Wenonah, NJ 08090-1345
r          +Monica L. Francesco,    Keller Williams Realty,    381 Egg Harbor Road,   Suite 2,
             Sewell, NJ 08080-1853
517102804  +Advanced Orthopaedic Centers,    PO Box 14000,    Belfast, ME 04915-4033
517102805  +Apogee Finance, Inc.,    1045 Cooper Street,    Woodbury, NJ 08096-3033
517102809  +Celtic Bank/Continental Finance Co.,    Cfc,    121 Continental Dr #108,    Newark, DE 19713-4326
517102810  +Consumer Portfolio Svc,    Attn: Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
517102812   Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
517102813  +Inspira Medical Group PC,    2848 South Delsea Drive Suite 4b,    Vineland, NJ 08360-7042
517102815  +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517102814  +KML Law Group PC,    701 Market Ste. 5000,    Philadelphia, PA 19106-1541
517196998  +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517102816   Midfirst Bank,    One Grand Central Place, 60 E 42nd St,    New York, NY 10165
517102817  +Midland Mortgage Company,    PO Box 26648,    Oklahoma City, OK 73126-0648
517102818  +Naeemah Polhill,    453 Westminsiter Road,    Wenonah, NJ 08090-1345
517102821  +PAM, LLC-New Jersey E-ZPass,    P.O. Box 1642,    Milwaukee, WI 53201-1642
517102822  +Peoples Com,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
517102823   Progressive Drive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
517102824  +Receivables Outsourcing, LLC,    P.O. Box 62850,    Baltimore, MD 21264-2850
517102825  +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517102826  +State Of Nj Highed Ed,    Po Box 543,    Trenton, NJ 08625-0543
517125528  +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002
517297686   US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517102827  +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
             Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:24     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:20      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517130216   E-mail/Text: bankruptcy@consumerportfolio.com Aug 02 2018 00:31:39
             CONSUMER PORTFOLIO    SERVICES , INC.,   PO BOX 57071,    IRVINE, CA 92619 - 7071
517102806  +E-mail/Text: clientrep@capitalcollects.com Aug 02 2018 00:32:37      Capital Collection Service,
             PO Box 150,   West Berlin, NJ 08091-0150
517102807  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 00:37:06
             Capital One Bank US NA,    15000 Capital One Dr,   Richmond, VA 23238-1119
517102808   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 00:37:38
             Capital One Master Card,    P.O. Box 71083,   Charlotte, NC 28272-1083
517102811  +E-mail/Text: claes.alden@culturalcare.com Aug 02 2018 00:32:24      Cultural Care Au Pair,
             One Education Street,    Cambridge, MA 02141-1805
517102820   E-mail/PDF: pa_dc_claims@navient.com Aug 02 2018 00:37:13     Navient,   PO Box 9500,
             Wilkes-Barre, PA 18773-9500
517268634   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 00:58:55
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
             Norfolk VA 23541
                                                                                              TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517102819*    +Naeemah Polhill,   453 Westminsiter Road,    Wenonah, NJ 08090-1345
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Aug 01, 2018
                               Form ID: 137             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Ray A. Polhill jjresq@comcast.net,  jjresq1@comcast.net
              Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```