UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-30082 JNP |
|---|---|---|
| Ray A. Polhill | Chapter: | 13 |
| | Judge: | Jerrold N. Poslusny Jr. |

### NOTICE OF PROPOSED PRIVATE SALE

____Ray A. Polhill____, ____Debtor____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton
Bankruptcy Clerk
50 Walnut St., 3rd Floor
Newark, NJ 71020

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny Jr.__ on __Augsut 28, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __Camden, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  453 Westminister Road, Wenonah, NJ 08090

Proposed Purchaser:  Brian P. and Kimberly A. Seeds

Sale price: $257,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Monica Francesco, Keller Williams Realty
Amount to be paid:  6% of sales price
Services rendered:  Assist with sale and marketing of property.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph J. Rogers, Esq

Address: 900 Route 168, Suite I-4, Turnersville, NJ 08021

Telephone No.: 856-228-7964 / fax:856-228-7965

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 17-30082-JNP
Ray A. Polhill                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2         Date Rcvd: Aug 01, 2018
                               Form ID: pdf905            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Ray A. Polhill,    453 Westminister Road,    Wenonah, NJ 08090-1345
r              +Monica L. Francesco,    Keller Williams Realty,    381 Egg Harbor Road,    Suite 2,
                 Sewell, NJ 08080-1853
517102804      +Advanced Orthopaedic Centers,    PO Box 14000,    Belfast, ME 04915-4033
517102805      +Apogee Finance, Inc.,    1045 Cooper Street,    Woodbury, NJ 08096-3033
517102809      +Celtic Bank/Continental Finance Co.,    Cfc,   121 Continental Dr #108,    Newark, DE 19713-4326
517102810      +Consumer Portfolio Svc,    Attn: Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
517102812       Inspira Health Network,    PO Box 48274,   Newark, NJ 07101-8474
517102813      +Inspira Medical Group PC,    2848 South Delsea Drive Suite 4b,    Vineland, NJ 08360-7042
517102815      +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517102814      +KML Law Group PC,    701 Market Ste. 5000,   Philadelphia, PA 19106-1541
517196998      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517102816       Midfirst Bank,    One Grand Central Place, 60 E 42nd St,    New York, NY 10165
517102817      +Midland Mortgage Company,    PO Box 26648,   Oklahoma City, OK 73126-0648
517102818      +Naeemah Polhill,    453 Westminsiter Road,   Wenonah, NJ 08090-1345
517102821      +PAM, LLC-New Jersey E-ZPass,    P.O. Box 1642,    Milwaukee, WI 53201-1642
517102822      +Peoples Com,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
517102823       Progressive Drive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
517102824      +Receivables Outsourcing, LLC,    P.O. Box 62850,    Baltimore, MD 21264-2850
517102825      +South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091
517102826      +State Of Nj Highed Ed,    Po Box 543,   Trenton, NJ 08625-0543
517125528      +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
517297686       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
517102827      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517130216       E-mail/Text: bankruptcy@consumerportfolio.com Aug 02 2018 00:31:39
                 CONSUMER PORTFOLIO   SERVICES , INC.,    PO BOX 57071,   IRVINE, CA 92619 - 7071
517102806      +E-mail/Text: clientrep@capitalcollects.com Aug 02 2018 00:32:37      Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
517102807      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 00:36:38
                 Capital One Bank US NA,    15000 Capital One Dr,    Richmond, VA 23238-1119
517102808       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 00:36:38
                 Capital One Master Card,    P.O. Box 71083,   Charlotte, NC 28272-1083
517102811      +E-mail/Text: claes.alden@culturalcare.com Aug 02 2018 00:32:24      Cultural Care Au Pair,
                 One Education Street,    Cambridge, MA 02141-1805
517102820       E-mail/PDF: pa_dc_claims@navient.com Aug 02 2018 00:37:45      Navient,    PO Box 9500,
                 Wilkes-Barre, PA 18773-9500
517268634       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 00:58:56
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517102819*     +Naeemah Polhill,    453 Westminsiter Road,   Wenonah, NJ 08090-1345
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2            Date Rcvd: Aug 01, 2018
                              Form ID: pdf905           Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Ray A. Polhill jjresq@comcast.net,    jjresq1@comcast.net
              Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```