UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:

Ray A. Polhill

**Order Filed on September 6,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Case No.: ___17-30082 JNP___

Chapter: 13

Judge: ___Jerrold N. Poslusny, Jr___

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ _____1500_____ for services rendered and expenses in the amount of $_____ for a total of $_____1500_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____553_____ per month for ____51 more____ months to allow for payment of the aforesaid fee. [***Payments will commence August 1, 2018***]

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30082-JNP
Ray A. Polhill                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Sep 06, 2018
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db              #+Ray A. Polhill,   453 Westminister Road,   Wenonah, NJ 08090-1345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Joseph J. Rogers    on behalf of Debtor Ray A. Polhill jjresq@comcast.net,   jjresq1@comcast.net
        Keri P. Ebeck    on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6